IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JAMES HOSE, on behalf of himself and all other persons similarly situated, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No.: 13-CV-2490 JTM/KMH ) |
| HENRY INDUSTRIES, INC., | ) ) ) |
| Defendant. | ) |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Cyrus Dashtaki be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion, along with a proposed order granting this motion. I have also verified that the information contained in the affidavit is true and accurate.

Respectfully Submitted,

By: */s/ Kevin J. Dolley*
Kevin J. Dolley (D. Kan. No. 78434)
LAW OFFICES OF KEVIN J. DOLLEY, LLC
34 N. Brentwood Blvd., Suite 207
St. Louis MO 63105
(314)645-4100 (office)
(314)647-4300 (fax)
kevin@dolleylaw.com