IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JAMES HOSE, ) | |
| ) | |
| on behalf of himself and all others ) | |
| similarly situated, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 13-CV-2490 |
| ) | |
| HENRY INDUSTRIES, INC., ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Jason Finkes be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion, along with a proposed order granting this motion. I have also verified that the information contained in the affidavit is true and accurate.

Respectfully Submitted,

By: _____/s/ Kevin J. Dolley_____
Kevin J. Dolley (D. Kan. No. 78434)
LAW OFFICES OF KEVIN J. DOLLEY, LLC
34 N. Brentwood Blvd., Suite 207
St. Louis MO 63105
(314)645-4100 (office)
(314)647-4300 (fax)
kevin@dolleylaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JAMES HOSE, <br><br>on behalf of himself and all others similarly situated, <br><br>    Plaintiff, <br><br>v. <br><br>HENRY INDUSTRIES, INC., <br><br>    Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No.: 13-CV-2490 <br> ) <br> ) <br> ) <br> ) |

### AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is: Jason Finkes

2. I practice under the following firm name or letterhead:

   Name: Law Offices of Kevin Dolley

   Address: 34 N. Brentwood Blvd., Suite 2007, St. Louis, MO 63105

   Telephone Number: (314) 645-4100

   Fax: (314) 647-4300

   Email address: jason.finkes@dolleylaw.com

3. I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| Court | Date(s) | Bar Number |
|---|---|---|
| State of Missouri | September 2013 | 65903 |
| U.S. District Court, Eastern District of Missouri | October 2013 | 65903MO |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

FURTHER AFFIANT SAYETH NOT.

_____
Jason Finkes

Subscribed and sworn to before me this __21__ day of __Feb__ 20_14_

_____
Notary Public

My Commission Expires:
January 29, 2018

MORGAN BLAND
My Commission Expires
January 29, 2018
St. Louis County
Commission #14572952

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JAMES HOSE, | ) |
| | ) |
| on behalf of himself and all others similarly situated, | ) ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 13-CV-2490 |
| | ) |
| HENRY INDUSTRIES, INC., | ) |
| | ) |
| Defendant. | ) |

### ORDER GRANTING MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Having considered the Motion For Leave To Appear Pro Hac Vice filed February 20, 2014, and for good cause shown, the Court finds that said motion should be sustained and that Jason Finkes should be and hereby is admitted to practice in the United States District Court for the District of Kansas for purposes of this case only.

Dated this ____ day of _____, 20___.

_____
UNITED STATES MAGISTRATE JUDGE



# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS
## Attorney Electronic Filing Registration Form

Name: Jason Finkes

Office: Law Offices of Kevin Dolley, LLC

Address: 34 N. Brentwood Blvd., Suite 207

Address:

City: St. Louis          State: MO          Zip: 63105

Office Phone: (314) 645-4100          Ext.:          Fax: (314)647-4300

Kansas Bar # (or other state Bar #): 65903MO

Internet E-mail Address: jason.finkes@dolleylaw.com

Last 4 Digits of Social Security Number: 0694

By registering, attorneys consent to electronic service of all documents.

By completing this form, attorneys certify that they are members in good standing of the bar of this court, are applying for or have been granted admission pro hac vice or are involved in an MDL action in a case currently pending before this court and that they have read and are familiar with the rules of practice and the administrative procedures guide governing electronic filing, both which may be found at www.ksd.uscourts.gov.

The electronic filing of a petition, pleading, motion, or other paper by an attorney who is a registered participant in the Electronic Filing System shall constitute the signature of that attorney under Federal Rule of Civil Procedure 11.

By registering, the undersigned agrees to abide by the rules and regulations in the most recent general order currently in effect and any changes or additions that may be made in the future to the general order, the administrative procedures guide or this court's local rules.

**PRO HAC VICE ATTORNEYS:** Each attorney applying for pro hac vice admission must complete and sign an Electronic Filing Registration Form and file it as an attachment to the motion for pro hac vice admission. Attorneys admitted pro hac vice may then retrieve documents electronically through PACER and will receive System-generated notices of electronic filings. However, the System will not allow the attorney to file documents electronically.

LOGIN/PASSWORD INFORMATION
-Attorneys Admitted to the District of Kansas -- your login/password will be mailed to you.
-Pro Hac Vice Attorneys -- no login/password will be issued as local counsel is responsible for all electronic filing.
-MDL Attorneys -- issuance of a login/password will be determined by the presiding judge in MDL actions in this court.

ATTORNEYS ADMITTED TO THE DISTRICT OF KANSAS and MDL ATTORNEYS:
Return this form *via hand delivery or U.S. mail* to:    Clerk, U.S. District Court
                                                          Electronic Filing Registration
                                                          259 U.S. Courthouse
                                                          500 State Avenue
                                                          Kansas City, Kansas 66101

OR fax completed form to:                                 913-735-2201

OR email completed form to:                               ksd_attorney_registration@ksd.uscourts.gov
                                                          for pro hac vice admission)
ATTORNEYS APPLYING FOR PRO HAC VICE ADMISSION
Attach completed form to pro hac vice motion              (REQUIRED

2/20/2014
Date                                                      Applicant's Signature