IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ADETOKUNBO FASESIN, et al ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 13-CV-2490-JTM/GEB |
| ) | |
| HENRY INDUSTRIES, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to D. Kan. Rule 83.5.4., I move that Johnny S. Wang be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion, and have sent a proposed order granting this motion to chamber's email address. I have also verified that the information contained in the affidavit is true and accurate.

Respectfully submitted,

**STINSON LEONARD STREET LLP**


By: <u>*s/ Molly Walsh Keppler*</u>
　　Molly E. Walsh  (#24119)
　　1201 Walnut, Suite 2900
　　Kansas City, MO 64106
　　Telephone:  (816) 691-2633
　　Facsimile:  (816) 412-9353
　　<u>molly.keppler@stinson.com</u>

　　and

　　Stephanie N. Scheck　　(#17641)
　　Alisa Nickel Ehrlich　　(#17096)
　　1625 N. Waterfront Pkwy., Suite 300
　　Wichita, Kansas 67206-6620
　　Telephone: (316) 265-8800
　　Facsimile: (316) 265-1349
　　<u>stephanie.scheck@stinson.com</u>
　　<u>alisa.ehrlich@stinson.com</u>

Attorneys for Defendant Henry Industries, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of June, 2016, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Kevin J. Dolley
Law Offices of Kevin J. Dolley, LLC
34 N. Brentwood Blvd., Suite 207
St. Louis, MO  63105
kevin@dolleylaw.com

Cyrus Dashtaki
Dashtaki Law Firm LLC
5201 Hampton Ave.
St. Louis, MO  63109
cyrus@dashtaki.com

*Attorneys for Plaintiff*

                                         *s/ Molly Walsh Keppler*
                                         Attorney for Defendant