## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| ADETOKUNBO FASESIN, et al | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 13-CV-2490-JTM/GEB |
| | ) | |
| HENRY INDUSTRIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1.   My full name is:   Johnny S. Wang

2.   I practice under the following firm name or letterhead:

Name:   Stinson Leonard Street LLP

Address:   7700 Forsyth Blvd, Suite 1100
St. Louis, MO  63105

Telephone Number:   (314) 863-0800

Facsimile:   (314) 863-9388

Email address:   johnny.wang@stinson.com

3.   I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| Court | Date of Admission | Bar/Registration No. |
|---|---|---|
| State Bar of Illinois | 2007 | 6292065 |
| U.S. District Court, Southern District of IL | 2007 | |
| U.S. District Court, Northern District of IL | 2007 | |
| State Bar of Missouri | 2005 | 57748 |
| U.S. District Court, Eastern District of MO | 2005 | |
| U.S. District Court, Western District of MO | 2005 | |
| U.S. Court of Appeals, 7th Circuit | 2015 | |
| U.S. Court of Appeals, 8th Circuit | 2009 | |
| U.S. Court of Appeals, 9th Circuit | 2013 | |

4.      I have reviewed D. Kan. Rule 83.5.4.  Pursuant to that rule, I have retained local counsel to assist in the representation of this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5.      I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6.      I am in good standing in all bars of which I am a member.

7.      No disciplinary or grievance proceedings have been previously filed against me.

8.      No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9.      I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10.      I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit.  I understand I will receive system-generated notices of electronic filing.

JOHNNY S. WANG

STATE OF MISSOURI    )
                     ) ss:
COUNTY OF St. Louis  )

Subscribed and sworn to before me on June 9th, 2016

Notary Public

(SEAL)

My Appointment Expires: _____

```
" NOTARY SEAL "
Rosemarie Burnside, Notary Public
St. Louis County, State of Missouri
Commission Number 12506734
My Commission Expires 11/17/2016
```