IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ADETOKUNBO FASESIN, et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 13-CV-2490-JTM/GEB |
| ) | |
| HENRY INDUSTRIES, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Carrie M. Francis be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion, and have sent a proposed order granting this motion to chamber's email address. I have also verified that the information contained in the affidavit is true and accurate.

Respectfully submitted,

**STINSON LEONARD STREET LLP**

By: *s/ Molly Walsh Keppler*
    Molly E. Walsh  (#24119)
    1201 Walnut, Suite 2900
    Kansas City, MO 64106
    Telephone:  (816) 691-2633
    Facsimile:  (816) 412-9353
    molly.keppler@stinson.com

    and

    Stephanie N. Scheck     (#17641)
    Alisa Nickel Ehrlich     (#17096)
    1625 N. Waterfront Pkwy., Suite 300
    Wichita, Kansas 67206-6620
    Telephone: (316) 265-8800
    Facsimile: (316) 265-1349
    stephanie.scheck@stinson.com
    alisa.ehrlich@stinson.com

Attorneys for Defendant Henry Industries, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of June, 2016, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Kevin J. Dolley
Law Offices of Kevin J. Dolley, LLC
34 N. Brentwood Blvd., Suite 207
St. Louis, MO  63105
kevin@dolleylaw.com

Cyrus Dashtaki
Dashtaki Law Firm LLC
5201 Hampton Ave.
St. Louis, MO  63109
cyrus@dashtaki.com

*Attorneys for Plaintiff*

                                        *s/ Molly Walsh Keppler*
                                        Attorney for Defendant