IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ADETOKUNBO FASESIN, et al, )
)
                Plaintiffs, )
)
v. ) Civil Action No. 13-CV-2490-JTM/GEB
)
HENRY INDUSTRIES, INC., )
)
                Defendant. )
)

## AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is: Carrie M. Francis

2. I practice under the following firm name or letterhead:

   Name: Stinson Leonard Street LLP

   Address: 1850 North Central Avenue, Suite 2100
   Phoenix, AZ 85004

   Telephone Number: (602) 212-8535

   Facsimile: (602) 586-5214

   Email address: carrie.francis@stinson.com

3. I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| Court | Date of Admission | Bar/Registration No. |
| --- | --- | --- |
| State Bar of Arizona | 2000 | 020453 |
| Supreme Court of Arizona | 2000 | |
| U.S. District Court, District of CO | 2007 | |
| U.S. District Court, District of AZ | 2000 | |
| U.S. Court of Appeals, 9th Circuit | 2001 | |
| U.S. Supreme Court | 2004 | |
| State Bar of California | 2016 | 309280 |
| Hualapia Tribal Court | 2015 | |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule, I have retained local counsel to assist in the representation of this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive system-generated notices of electronic filing.

_____
CARRIE M. FRANCIS

STATE OF ARIZONA    )
                              ) ss:
COUNTY OF MARICOPA  )

Subscribed and sworn to before me on June 9th, 2016

                                                       *Linda Holder*
(SEAL)                                                  Notary Public

My Appointment Expires: 07-11-2018

LINDA HOLDER
NOTARY PUBLIC-ARIZONA
MARICOPA COUNTY
My Comm Expires July 11, 2018
Commission # 34107