IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ADETOKUNBO FASESIN, ET AL. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No.: 13-cv-02490-JTM-GEB |
| | ) |
| HENRY INDUSTRIES, INC., | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Jase Carter be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion, and have sent a proposed order granting this motion to chamber's email address. I have also verified that the information contained in the affidavit is true and accurate.

Respectfully Submitted,

By: /s/ Kevin J. Dolley
Kevin J. Dolley (D. Kan. No. 78434)
LAW OFFICES OF KEVIN J. DOLLEY, LLC
34 N. Brentwood Blvd., Suite 207
St. Louis MO 63105
(314) 645-4100 (office)
(314) 647-4300 (fax)
kevin@dolleylaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ADETOKUNBO FASESIN, ET AL.    )
    )
    )
    Plaintiffs,    )
    )
v.    )    Civil Action No.: 13-cv-02490-JTM-GEB
    )
HENRY INDUSTRIES, INC.,    )
    )
    Defendant.    )

## AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief;

1. My full name is: Jase Coleman Carter

2. I practice under the following firm name or letterhead:

| | |
|---|---|
| Name: | Dashtaki Law Firm, LLC |
| Address: | 5205 Hampton Avenue |
| | St. Louis, Missouri 63109 |
| Telephone: | (314) 932-7671 |
| Fax: | (314) 932-7672 |
| Email: | jase@dashtaki.com |

3. I have been admitted to practice in the following courts:

| Court | Date of Admission | Bar Number |
|---|---|---|
| State of Missouri | September 14, 2011 | 63752 |
| U.S. District Court Western District of Missouri | September 28, 2011 | same |
| U.S. Court of Appeals Eighth Circuit | May 10, 2012 | same |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United Sates with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

FURTHER AFFIANT SAYETH NOT.

_____
Jase Carter

Subscribed and sworn before me this ___17th___ day of ___June___ 2016.

_____
Notary Public

My Commission Expires:

```
DARA L. LAGERMANN
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis City
My Commission Expires: November 25, 2016
Commission Number: 12639214
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ADETOKUNBO FASESIN, ET AL.      )<br>)<br>)<br>    Plaintiffs,         )<br>)<br>v.                        )<br>)<br>HENRY INDUSTRIES, INC.,        )<br>)<br>    Defendant.            ) | Civil Action No.: 13-cv-02490-JTM-GEB |

## ORDER GRANTING MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Having considered the Motion for Leave to Appear Pro Hac Vice filed June 17, 2016, and for good cause shown, the Court finds that said motion should be sustained and that Jase Carter should be and hereby is admitted to practice in the United States District Court for the District of Kansas for purposes of this case only.

Dated this _____ day of _____, 2016.

_____
UNITED STATES MAGISTRATE JUDGE



# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS
### Pro Hac Vice Electronic Filing Registration Form

Name: JASE CARTER

Office: Dashtaki Law Firm

Address: 5205 Hampton Ave

Address:

City: St. Louis    State: MO    Zip: 63109

Office Phone: (314) 932-7671    Ext.:    Fax: (314) 932-7672

---

State Bar #: Missouri 63752

Last 4 Digits of Social Security Number: 9180

Attorney's Internet E-mail Address: jase@dashtaki.com

Additional email addresses that should receive Notices of Electronic Filing:

---

**PRO HAC VICE ATTORNEYS:** Each attorney applying for pro hac vice admission must complete and sign an Electronic Filing Registration Form and file it as an attachment to the motion for pro hac vice admission. You will receive system-generated notices of electronic filings and documents may be retrieved electronically through PACER. The District of Kansas does not permit attorneys admitted pro hac vice to file documents electronically. Local counsel is responsible for all filings.

By registering, I consent to electronic service of all documents. I certify that I am a member in good standing of the bar of all courts where I am admitted. I am applying for or have been granted admission pro hac vice and I have read and am familiar with the rules of practice and the administrative procedures guide governing electronic filing, both which may be found at www.ksd.uscourts.gov. I agree to abide by the rules a regulations in the most recent general order currently in effect and any changes or additions that may be made in the future to the general orde the administrative procedures guide or this court's local rules.

Attach completed form to motion for leave to appear pro hac vice.

Date: 6/17/2016      Applicant's Signature: /s/ Jase Carter

Note: You must sign this form with your original "wet" signature. The "s/ typed name" format is not allowed here.

If you have questions about this form or the pro hac vice admission process, please contact the Attorney Registration clerk at 913-735-2229 or ksd_attorney_registration@ksd.uscourts.gov.