# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ADETOKUNBO FASESIN, on behalf of himself and other similarly situated individuals, )<br><br>Plaintiff, )<br><br>v. )<br><br>HENRY INDUSTRIES, INC., )<br><br>Defendant. ) | Case No. 13-cv-2490-JTM/GEB |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Matt Beasley be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion, along with a proposed order granting this motion. I have also verified that the information contained in the affidavit is true and accurate.

Respectfully Submitted,

By:     */s/ Kevin J. Dolley*
Kevin J. Dolley (D. Kan. No. 78434)
LAW OFFICES OF KEVIN J. DOLLEY, LLC
2726 S. Brentwood Blvd.
St. Louis MO 63144
(314)645-4100 (office)
(314)736-6216 (fax)
kevin@dolleylaw.com

DASHTAKI LAW FIRM, LLC
Cyrus Dashtaki, #57606 MO
*Admitted Pro Hac Vice*
5201 Hampton Avenue
St. Louis, Missouri  63109
Telephone: (314) 832-9600
Facsimile: (314) 353-0181
cyrus@dashtaki.com

*Attorneys for Plaintiff and Those Similarly Situated*

**CERTIFICATE OF SERVICE**

     The undersigned certifies that the foregoing was served upon the attorneys of record for Defendant by electronic filing on August 8, 2016 through the Court's electronic filing system.

/s/ *Kevin J. Dolley*