IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JAMES HOSE, | ) |
| | ) |
| on behalf of himself and all others similarly situated, | ) ) ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No.: 13-CV-2490 |
| | ) |
| HENRY INDUSTRIES, INC., | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Matt Beasley be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion, along with a proposed order granting this motion. I have also verified that the information contained in the affidavit is true and accurate.

Respectfully Submitted,

By: _____/s/ Kevin J. Dolley_____
Kevin J. Dolley (D. Kan. No. 78434)
LAW OFFICES OF KEVIN J. DOLLEY, LLC
34 N. Brentwood Blvd., Suite 207
St. Louis MO 63105
(314)645-4100 (office)
(314)647-4300 (fax)
kevin@dolleylaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JAMES HOSE, ) | |
| ) | |
| on behalf of himself and all others ) | |
| similarly situated, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 13-CV-2490 |
| ) | |
| HENRY INDUSTRIES, INC., ) | |
| ) | |
| Defendant. ) | |

**AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is:

2. I practice under the following firm name or letterhead:

   Name: Beasley Law Group, PC

   Address: 737 N. Main St., Las Vegas, Nevada 89101

   Telephone Number: 702-483-6800

   Fax: 702-998-6534

   Email address: matthew@beasleylawgrouplv.com

3. I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| Court | Date(s) | Bar Number |
|---|---|---|
| 1) Nevada State Court | 5/2006 | 9756 |
| 2) United States Federal Court District of Nevada | 5/2006 | 9756 |
| 3) 9th Circuit Court of Appeals | 2/2015 | 9756 |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

FURTHER AFFIANT SAYETH NOT.

_____
Matt Beasley

Subscribed and sworn to before me this ___8___ day of __August__ 20_16_

_____
Notary Public

My Commission Expires: July 7, 2018



Notary Public - State of Nevada
County of Clark
CHRISTINA HUTT
My Appointment Expires
July 7, 2018
No: 06-107299-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JAMES HOSE, )<br>)<br>on behalf of himself and all others )<br>similarly situated, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>HENRY INDUSTRIES, INC., )<br>)<br>      Defendant. ) | Civil Action No.: 13-CV-2490 |

**ORDER GRANTING MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Having considered the Motion For Leave To Appear Pro Hac Vice filed August 8, 2016, and for good cause shown, the Court finds that said motion should be sustained and that Matt Beasley should be and hereby is admitted to practice in the United States District Court for the District of Kansas for purposes of this case only.

Dated this ____ day of _____, 20__.

_____
UNITED STATES MAGISTRATE JUDGE