IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ADETOKUNBO FASESIN, on behalf of himself and other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>HENRY INDUSTRIES, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 13-cv-2490-JTM/GEB<br>)<br>)<br>)<br>) |

### MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Michael Rhodes be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion, along with a proposed order granting this motion. I have also verified that the information contained in the affidavit is true and accurate.

Respectfully Submitted,

By:     */s/ Kevin J. Dolley*
      Kevin J. Dolley (D. Kan. No. 78434)
      LAW OFFICES OF KEVIN J. DOLLEY, LLC
      2726 S. Brentwood Blvd.
      St. Louis MO 63144
      (314)645-4100 (office)
      (314)736-6216 (fax)
      kevin@dolleylaw.com

      DASHTAKI LAW FIRM, LLC
      Cyrus Dashtaki, #57606 MO
      *Admitted Pro Hac Vice*
      5201 Hampton Avenue
      St. Louis, Missouri 63109
      Telephone: (314) 832-9600
      Facsimile: (314) 353-0181
      cyrus@dashtaki.com

*Attorneys for Plaintiff and Those Similarly Situated*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was served upon the attorneys of record for Defendant by electronic filing on August 9, 2016 through the Court's electronic filing system.

                                      */s/ Kevin J. Dolley*