# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

ADETOKUNBO FASESIN, on behalf of )
himself and other similarly situated individuals, )
)
      Plaintiff, )
)
v. )    Case No. 13-cv-2490-JTM/GEB
)
HENRY INDUSTRIES, INC., )
)
      Defendant. )

## AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is: Michael Paul Rhodes

2. I practice under the following firm name or letterhead:

   Name: Law Office of Michael Rhodes, PLLC

   Address: 703 S. Eighth Street, Las Vegas, NV 89101

   Telephone Number: 702-366-0333

   Fax: 702-666-0332

   Email address: Mike@MikeRhodesLaw.com

3. I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| Court | Date(s) | Bar Number |
|---|---|---|
| Washington Supreme Court | June 15, 2009 | 41404 |
| Nevada Supreme Court | October 22, 2009 | 11696 |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

FURTHER AFFIANT SAYETH NOT.

_____
Michael Rhodes

Subscribed and sworn to before me this ___8th___ day of __Aug__ 2016

_____
Notary Public

NOTARY PUBLIC
GAYLYNN CLARK
STATE OF NEVADA · COUNTY OF CLARK
MY APPOINTMENT EXP. FEB. 13, 2018
No: 14-12735-1

My Commission Expires:

Expires 2/13/16