Case 2:07-md-01840-KHV-JPO   Document 2-1   Filed 07/24/07   Page 1 of 1

# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS
## Electronic Filing Registration Form

MDL 07-1840

| | |
|---|---|
| Name: | Michael Rhodes |
| Office: | Law Office of Michael Rhodes, PLLC |
| Address: | 703 S. Eighth Street |
| Address: | |
| City: | Las Vegas       State: NV       Zip: 89101 |
| Office Phone: | (702) 366-0333       Ext.:       Fax: (702) 666-0332 |

Kansas Bar # (or other state Bar #): NV 11696

Internet E-mail Address: Mike@MikeRhodesLaw.com

Last 4 Digits of Social Security Number: 6785

E-Mail Software Used: Outlook
(i.e. Outlook Express, Groupwise, etc.)

Do you have a PACER account? [✓] Yes   [ ] No

Type of Practice: (Check all that apply):   [✓] Civil   [ ] Criminal   [✓] Admitted Pro Hac Vice

By registering, attorneys consent to electronic service of all documents.

By completing this form, attorneys certify that they are members in good standing of the bar of this court or admitted pro hac vice in a case currently pending before this court and that they have read and are familiar with the rules of practice and the administrative procedures guide governing electronic filing, both which may be found at www.ksd.uscourts.gov.

The electronic filing of a petition, pleading, motion, or other paper by an attorney who is a registered participant in the Electronic Filing System shall constitute the signature of that attorney under Federal Rule of Civil Procedure 11.

Each attorney admitted pro hac vice must complete and sign an Electronic Filing Registration Form. The attorney may then retrieve documents electronically through PACER and will receive System-generated notices of electronic filings. However, the System will not allow the attorney to file documents electronically.

By registering, the undersigned agrees to abide by the rules and regulations in the most recent general order currently in effect and any changes or additions that may be made in the future to the general order, the administrative procedures guide or this court's local rules.

**YOUR LOGIN AND PASSWORD WILL BE MAILED TO YOU.**

Return this form *via hand delivery or U.S. mail* to:

Clerk, U.S. District Court
Electronic Filing Registration
259 U.S. Courthouse
500 State Avenue
Kansas City, Kansas 66101

08/08/16                                          /s/ Michael Rhodes
Date                                              Applicant's Signature